# Third District Court of Appeal

## State of Florida

Opinion filed July 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1100
Lower Tribunal No. 18-40228
_____

**Norma Herrera,**
Appellant,

vs.

**Winn-Dixie Stores, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

The Rousso, Boumel Law Firm, PLLC, and Adam T. Boumel; Philip D. Parrish, P.A., and Philip D. Parrish, for appellant.

Cosio Law Group, and Eduardo Cosio and Julie Bork Glassman, for appellee.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Encarnacion v. Lifemark Hosps. of Fla.</u>, 211 So. 3d 275, 278 (Fla. 3d DCA 2017).